UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 SEP 28 PM 1: 52

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Case No. |
| Plaintiff, | **07 MJ 2338** |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Alberto ESCOBEDO-Carbajal,** **Eduardo NIEVES-Cruz,** | Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii) Transportation of Illegal Aliens |
| Defendant(s) | |

The undersigned complainant, being duly sworn, states:

On or about **September 27, 2007**, within the Southern District of California, defendants **Alberto ESCOBEDO-Carbajal** and **Eduardo NIEVES-Cruz** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Martha SAN JUAN-Galeana aka: Yesenia SAN JUAN-Galeana, Maria Lourdes BRIONES-Flores,** and **Florentino JUAN-Vicente** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **28th** DAY OF **SEPTEMBER, 2007**

Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
**Alberto ESCOBEDO-Carbajal**
**Eduardo NIEVES-Cruz**

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Martha SAN JUAN-Galeana aka: Yesenia SAN JUAN-Galeana, Maria Lourdes BRIONES-Flores, and Florentino JUAN-Vicente** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On September 27, 2007, Border Patrol Agent M. Ambrosia was conducting line watch operations near Boulevard, California. Boulevard is located approximately twenty miles east of the Tecate, California Port of Entry and two miles north of the United States/Mexico International Border. Agent Ambrosia was positioned in a location where he could observe vehicular traffic near the intersection of Old Highway 80 and Jewel Valley Road, which runs south from the east end of Boulevard.

At approximately 4:00 a.m., Agent Ambrosia observed a dark colored Dodge Caravan traveling eastbound on Old Highway 80 and then turn southbound onto Jewel Valley Road. Approximately four minutes later, Agent Ambrosia observed the same dark colored Dodge Caravan return, heading northbound on Jewel Valley Road. The Dodge Caravan then turned onto Old Highway 80 heading westbound, back the way it had come. This is a common routine used by alien smuggling load drivers indicating that they have picked up a group of illegal aliens. Agent Ambrosia also observed that the van was significantly heavier in the rear than when he saw it headed south.

At this time, Agent Ambrosia decided to follow the green Dodge Caravan westbound on Old Highway 80. Agent Ambrosia conducted a vehicle registration check via the San Diego Sector dispatch center. The registration checks revealed that the license plate listed a release of liability to an individual out of Inglewood, California. Based on this information, Agent Ambrosia and Field Operations Supervisor F. Carrillo, continued to follow the Dodge Caravan. Agent Ambrosia observed that one of the van's rear seats had been removed. There were no rear passengers visible to explain the extra weight apparently contained within the Dodge Caravan. As the vehicle continued west on Old Highway 80, Agent Ambrosia noticed that the vehicle was sagging in the rear and it would bounce deep and raise slowly as it traveled over bumps in the roadway. Agent Ambrosia was able to identify that only two persons were visible in the Dodge, the driver and the front seat passenger.

In an effort to conduct an immigration inspection of the occupants of the vehicle, Agent Ambrosia activated the fully functioning emergency lights and siren of his assigned Agency vehicle approximately one quarter mile east of Kitchen Creek Road near Pine Valley, California. The Dodge Caravan yielded soon thereafter. While approaching the vehicle, Agent Ambrosia observed several individuals lying down below the level of the window attempting to conceal themselves on the floor in the van. The Dodge Caravan was found to contain a total of fifteen individuals. All of the individuals, except the driver and the front passenger, were wearing strips of a blanket wrapped around their shoes. These pieces of blanket are normally referred to as "booties". The smugglers instruct the aliens to place these booties over their shoes to avoid leaving footprints.

The driver was identified as the defendant #1 **Alberto ESCOBEDO-Carbajal** and the front seat passenger was identified as the defendant #2 **Eduardo NIEVES-Cruz**. ESCOBEDO and NIEVES were the only two individuals seated inside the Dodge Caravan, the remaining passengers were lying on the floor. Agent Ambrosia and Agent Carrillo identified themselves as U.S. Border Patrol Agents and questioned all fifteen of the individuals in the Dodge Caravan as to their citizenship and immigration status. All fifteen of the

**CONTINUATION OF COMPLAINT:**
Alberto ESCOBEDO-Carbajal
Eduardo NIEVES-Cruz

individuals stated that they were citizens and nationals of Mexico illegally present in the United States. Agent Ambrosia placed all fifteen individuals, including ESCOBEDO and NIEVES under arrest. All fifteen individuals were transported back to Boulevard Station for processing.

Border Patrol Agent T. Wilson served driver, ESCOBEDO and passenger, NIEVES with consent to search forms for their cellular telephones. Both defendants signed these forms granting consent to search the cell phones. A search of these phones by Agent Wilson revealed that ESCOBEDO and NIEVES were on each others personal contact list. ESCOBEDO's recent call record indicated that he had received a call from NIEVES listed in the contact information as "CHABE" on September 27, 2007, at 3:46 a.m. and had also made a call to the same number at 3:56 a.m.

## DEFENDANT #2: EDUARDO NIEVES-CRUZ STATEMENT:

Defendant NIEVES was advised of his Miranda rights in the Spanish language. NIEVES stated that he understood his rights and was willing to answer questions without an attorney present. NIEVES stated that he was born in Mexico and that he is present in the United States without any legal documents that will allow him to remain legally in the United States. NIEVES stated that approximately one month ago he traveled from Nayarit to Tijuana via bus. He met the driver of the load van in Tijuana. NIEVES stated that he had been previously arrested by Boulevard Agents for alien smuggling and that it was the only time because he needed money. He stated that he illegally entered the United States by walking across the international boundary through Tecate, Baja California.

## MATERIAL WITNESSES STATEMENTS:

The statements of material witnesses **Martha SAN JUAN-Galeana aka: Yesenia SAN JUAN-Galeana, Maria Lourdes BRIONES-Flores,** and **Florentino JUAN-Vicente** agree in summary that they are citizens and nationals of Mexico illegally present in the United States. They stated that they did not have any immigration documents allowing them to be in the United States legally.

They stated that arrangements had been made in Mexico to be smuggled into the United States for a fee of $2,000.00 (USD). The material witnesses stated that they illegally crossed the border with the aid of two alien smugglers/foot guides. The foot guides led them to a predetermined spot where a vehicle was going to pick them up to further their entry into the United States. When the vehicle arrived, they all got into the vehicle, with the exception of the foot guides. Material witness BRIONES was able to positively identify the driver and passenger from a photographic lineup, as the defendants ESCOBEDO and NIEVES, respectively.