UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> vs. <br> Alberto Escobedo-Carbajal <br> Defendant(s) | CRIMINAL NO. 07mj2338 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. |

On order of the United States District/Magistrate Judge,   **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted**/ Case Disposed / Order of Court).

**Maria Lourdes Briones-Flores**

DATED: 10/9/07

**William McCurine, Jr.**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
            DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____

Deputy Clerk

**L ODIERNO**