

1
2
3
4
5
6                     UNITED STATES DISTRICT COURT
7                    SOUTHERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,        )   Criminal Case No. 07CR 2858-JLS
                                    )
9                  Plaintiff,       )   I N F O R M A T I O N
                                    )
10       v.                         )   Title 8, U.S.C.,
                                    )   Secs. 1324(a)(1)(A)(ii) and
11 ALBERTO ESCOBEDO-CARBAJAL (1),   )   (v)(II) - Transportation of
   EDUARDO NIEVES-CRUZ (2),         )   Illegal Aliens and Aiding and
12                                  )   Abetting
                  Defendants.       )
13 _____)

14       The United States Attorney charges:

15       On or about September 27, 2007, within the Southern District of

16 California, defendants ALBERTO ESCOBEDO-CARBAJAL and EDUARDO NIEVES-

17 CRUZ, with the intent to violate the immigration laws of the United

18 States, knowing and in reckless disregard of the fact that an alien,

19 namely, Maria Lourdes Briones-Flores, had come to, entered and

20 remained in the United States in violation of law, did transport and

21 move, said alien within the United States in furtherance of such

22 violation of law; in violation of Title 8, United States Code,

23 Sections 1324(a)(1)(A)(ii) and (v)(II).

24       DATED: 10/16/07.

25                                      KAREN P. HEWITT
                                        United States Attorney
26
27
                                        /s/ Carla J. Bressler
28                                      CARLA J. BRESSLER
                                        Assistant U.S. Attorney

CJB:es: San Diego
10/1/07