**FILED**

NOV - 5 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of
Substitution of Counsel,

HEATHER R. ROGERS, Esq.

**ORDER
FOR SUBSTITUTION OF COUNSEL
AND NOTICE OF APPEARANCE**

**IT IS HEREBY ORDERED** that Heather R. Rogers, upon her departure from Federal Defenders of San Diego, Inc., and entering into private practice at 427 West C Street, Suite 300, San Diego, California, 92101, Phone (619) 985-2539, Fax (619) 374-2991, Email *attorneyrogers@gmail.com* be substituted as appointed counsel and that Federal Defenders be relieved in the following cases as listed in the attached, effective after October 31, 2007.

**SO ORDERED.**

DATE: 11/5/07

HONORABLE IRMA E. GONZALEZ
Chief Judge, United States District Court
Southern District of California

**CASES TRANSFERRED FROM FEDERAL DEFENDERS OF SAN DIEGO, INC., TO HEATHER R. ROGERS, ESQ., CALIFORNIA BAR NO. 229519 AS APPOINTED COUNSEL OF RECORD EFFECTIVE AFTER OCTOBER 31, 2007**

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

| CASE NAME | CASE NO., NEXT COURT DATE, JUDGE |
|---|---|
| U.S. v. Jose Reyes Alamanza-Reynozo | 07cr2950-LAB CHANGE PLEA 11/20/07 AJB |
| U.S. v. Juan Manuel Ayala-Guzman | 07mj8882 PE 11/13/07 PCL |
| U.S. v. Juan Antonio Barreras-Campos | 07cr2673-MJL MTNS 12/10/07 MJL |
| U.S. v. Evaristo Beltran | 07mj8871-01 PE 11/8/07 PCL |
| U.S. v. Jacobo Clemente Benavides-Gonzalez | 07mj8862 PE 11/1/07 PCL |
| U.S. v. Julio Cesar Castro-Velasquez | 07MJ8842 PE 11/8/07 PCL |
| U.S. v. Christopher Boyd Cutcliff | 07cr2570-BTM SENT 12/21/07 BTM |
| U.S. v. Jorge de Dios-Gaytan | 07mj2508 PE 11/13/07 POR |
| U.S. v. Mario Diaz-Nava | 07cr1729-JTM SENT 11/2/07 JTM |
| U.S. v. Jose Miguel Flores-Gurrola | 07cr2805-MJL PO/SENT 1/22/07 MJL |
| U.S. v. Maria Del Carmen Guerrero-Angulo | 07cr2486-WQH SENT 12/10/07 WQH |
| U.S. v. Jose Antonio Gamboa Celis | 07cr2550-LAB SENT 1/07/08 LAB |
| U.S. v. Francisco Gudaluope Cota Rico | 07cr2730-DMS MTNS 11/1/07 DMS |
| U.S. v. Ruben Garcia-Cruz | 07cr2205-WQH SENT 12/3/07 WQH |
| U.S. v. Donna Hammock | 07cr2371-IEG MOTNS 11/26/07 IEG |
| U.S. v. Gabriel Hernandez-Sanchez | 07mj2516 PE 11/13/07 BLM |
| U.S. v. Andres Landa-Garcia | 07mj2443 PE 11/1/07 LAP |
| U.S. v. Amada Larez-Zasueta | 07cr2816-IEG MTNS 11/13/07 IEG |
| U.S. v. Juan Isaac Lozano-Lopez | 07mj2404 PE 11/15/07 LSP |
| U.S. v. Ruben Martinez-Solano | 07cr2907-JTM DISPO 11/08/07 GT |
| U.S. v. Edna Karina Martinez-Mendoza | 07crcr2238-MLH MTNS 11/26/07 MLH |
| U.S. v. Trinidad Mora-Garcia | 07cr2812-WQH MTNS 11/19/07 WQH |
| U.S. v. Trinidad Mora-Garcia | 01cr2074-IEG STATUS 11/2/07 LSP |
| U.S. v. Jose Antonio Morales-Ramirez | 07CR2948-AJB CHANGE PLEA 11/20/07 AJB |

| Case | Number | Status | Date | Judge |
|---|---|---|---|---|
| U.S. v. Javier Nevarez-Ortiz | 07mj8878 | PE | 11/13/07 | PCL |
| U.S. v. Linh Phuc Nguyen (Bui et. al.) | 07cr2658-DM-03 | MTNS | 11/30/07 | DMS |
| U.S. v. Eduardo Nieves-Cruz | 07cr2858-JLS | PO/SENT | 1/23/08 | JLS |
| U.S. v. Geovany Alvaro Parraguirre | 07cr1902-WQH | SENT | 1/7/07 | WQH |
| U.S. v. Bernabe Ramirez-Reyes | 07cr2074-BEN | SENT | 11/13/07 | BEN |
| U.S. v. Edgar Luis Ramos-Macias | 07cr0792-WQH | SENT | 11/19/07 | WQH |
| U.S. v. Lawrence Joseph Rodriguez | 07mj2085 | STATUS | 11/1/07 | CAB |
| U.S. v. Jorge Octavio Rodriguez-Esquivel | 07cr1969-MLH | CHANGE PLEA | 11/1/07 | JMA |
| U.S. v. Antonio Sanchez Jr., | 07cr2331-MLH | SENT | 11/19/07 | MLH |
| U.S. v. Nayelly Salgado-Martinez | 07mj8869 | PE | 11/7/07 | PCL |
| U.S. v. Cesar Sanchez-Martinez | 07cr2934-JLS | CHANGE PLEA | 11/20/07 | AJB |
| U.S. v. Cesar Talamantes Cisneros | 07cr1444-BTM | SENT | 11/30/07 | BTM |
| U.S. v. Anailde Trotman | 07cr2753-JAH | DISPO | 11/08/07 | CAB |
| U.S. v. Mauro Eustorgio Valdez-Centeno | 07cr2242-BTM | SENT | 11/30/07 | BTM |
| U.S. v. Leonel Vallejo-Guillen | 07mj2401 | PE | 11/15/07 | LSP |
| U.S. v. Walter Ademir Velasquez-Barrera | 07cr2848-JTM | PO/SENT | 1/25/08 | JTM |
| U.S. v. Marvin Vicario-Ocampo | 07cr1786-TJW | SENT | 11/26/07 | TJW |
| U.S. v. Marvin Yan-Yan | 07cr1159-BTM | SENT | 11/2/07 | BTM |
| U.S. v. Anthony Zepeda | 07cr2177-BEN | SENT | 1/7/07 | BEN |

### UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
### SOUTHERN DISTRICT CASES ON APPEAL

| CASE NAME | CASE NOS. | STATUS |
|---|---|---|
| U.S. v. Ramon Alberto Arana-Esquivel | 07-50130, 06cr1359-BTM | *Reply due 11/21/07* |
| U.S. v. Rafael Balderas | 07-50375, 06CR0522-JAH | *Opening due 11/21/07* |

**End of District Court Cases on Appeal**